**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>Danilo Garcia,<br><br>        Defendant-Appellant. | Record No. 13-4136 |

**APPELLANT'S MOTION FOR LEAVE**
**TO FILE AN OVERSIZED JOINT APPENDIX**

The defendant-appellant, Danilo Garcia, by and through his undersigned counsel, respectfully moves this Honorable Court for an order granting the instant motion for leave to file an oversized joint appendix and, in support thereof, presents the following:

    1.    The joint appendix is oversized because it includes all but two of the trial transcripts from appellant's 12-day jury trial before the lower court.

    2.    The joint appendix is 1,818 pages, including covers, tables and documents. It includes materials mutually agreed upon by the parties involved as being essential to the Court's evaluation of the issues presented, one of which includes the issue of legal and factual sufficiency.

**WHEREFORE**, in light of the foregoing, the appellant respectfully requests that this Honorable Court enter an Order permitting the filing of an oversized joint appendix.

July 12, 2013

Erek L. Barron, Esq.
Whiteford Taylor & Preston LLP
7501 Wisconsin Avenue, Suite 700W
Bethesda, MD 20814-6521
Phone: 301.804.3613
Fax: 301.804.3643
ebarron@wtplaw.com

- and -

/s/ Todd M. Brooks
Todd M. Brooks, Esq.
Whiteford Taylor & Preston LLP
7 Saint Paul Street, Suite 1800
Baltimore, MD 21202-1636
Phone: 410.347.9421
Fax: 410.234.2318
tbrooks@wtplaw.com

*Counsel for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2013, I caused the foregoing *Motion* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to following registered CM/ECF users:

>**Christopher J. Romano, Esq.**
>**Ayn Brigoli Ducao, Esq.**
>**Office of the U.S. Attorney**
>**36 South Charles St., 4th Fl.**
>**Baltimore, MD 21201-0000**
>**Christopher.Romano@usdoj.gov**
>**Ayn.Ducao@usdoj.gov**
>
>*Counsel for the United States of America*

/s/ Todd M. Brooks
Todd M. Brooks, Esq.

*2057588*