FILED: July 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4136
(1:11-cr-00569-CCB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DANILO GARCIA, a/k/a Donny, a/k/a Darreo

       Defendant - Appellant

_____

O R D E R

_____

    Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

    The court grants appellant leave to file a joint appendix not to exceed 1,818 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk